PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Walter V. Franklin                        Docket No. 5:14-MJ-2417-1

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Walter V. Franklin, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Fayetteville, on the 7th day of January, 2015

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 14, 2015, the defendant was placed in our Surprise Urinalysis Program and was referred for individual substance abuse counseling with our local treatment provider. The defendant has failed to comply with the rules of our Surprise Urinalysis Program and has only reported on four occasions for urinalysis testing. Additionally, the defendant has failed to attend substance abuse treatment and was terminated from our local treatment provider for missing four individual substance abuse treatment appointments. All urinalysis have been positive for marijuana but we are awaiting the lab report to verify if the defendant has reused marijuana since being placed on pretrial release.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled to determine if the defendant has violated the conditions of his pretrial release.

Reviewed and approved,                            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                            /s/ Mindy L. Threlkeld
Robert L. Thornton                                Mindy L. Threlkeld
Supervising U.S. Probation Officer            U.S. Probation Officer
                                                              310 Dick Street,
                                                              Fayetteville, NC 28301-5730
                                                              Phone: 910-354-2539
                                                              Executed On: April 3, 2015

### ORDER OF THE COURT

Considered and ordered the __6th__ day of __April__, 2015, and ordered filed and made part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge